IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-CV-23099-JLK/DUBÉ

BLANCA S. BALDELOMAR,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Respondent.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION, GRANTING SUMMARY JUDGMENT TO DEFENDANT

THIS CAUSE comes before the Court upon Magistrate Robert L. Dubé's March 14, 2011 Report and Recommendation (DE #17) upon cross motions for summary judgment filed by Plaintiff (DE #13) and Defendant (DE #16). In his Report and Recommendation, Magistrate Judge Dube correctly noted that the issue before him was whether there was substantial record evidence to support the denial of benefits to Plaintiff. He further found that there was sufficient record evidence to support such a finding and that Defendant's Motion for Summary Judgment should therefore be granted. No objections to Magistrate Judge Dubé's Report and Recommendation were filed.

After careful consideration and *de novo* review, the Court determines that Magistrate Judge Dubé's Report and Recommendation contains well-reasoned and thorough recommendations. Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Magistrate Judge Dubé's Report & Recommendation (DE #17) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Plaintiff's Motion for Summary Judgment (DE #13) is **DENIED**.

3. Defendant's Motion for Summary Judgment (DE #16) is **GRANTED**.

4. All pending motions are **DENIED** as **MOOT**.

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 5th day of April, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**

**Magistrate Judge Robert L. Dubé**

**Counsel for Plaintiff**
**Rogelio Ramon Oliver**
PO Box 651739
Miami, FL 33265-1739
305-324-7570
Email: goober862@aol.com

**Counsel for Defendant**
**Milton Aponte**
United States Attorney's Office
Federal Justice Building
99 NE 4th Street
Miami, FL 33132
305-961-9404
Fax: 530-7139
Email: Milton.Aponte2@usdoj.gov